**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JANNA SALAK,

     Plaintiff,                                  Case No.: 1:26-cv-06541

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**<u>SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
| --- | --- |
| 1 | FanXiaoJiangqs |
| 2 | WangZhiChaows |
| 3 | 信捷再生资源 |
| 4 | AP1LLC |
| 5 | Swiss Air Architectural Engineering |
| 6 | Hongxin Commerce and Trade |
| 7 | 厨卫洁具商 |
| 8 | 怡居科技 |
| 9 | 承齐网络科技 |
| 10 | E Wan |
| 11 | zaoyangshiyifeifanbianlidian |
| 12 | JiaXuanHeNan |
| 13 | qingdaofushunlongyuanjixiegongchengyouxiangongsi |
| 14 | duolaimidianzishangwuzhongxin |
| 15 | caicaillilisheng |
| 16 | putianshihuashengzhaobiaodailiyouxiangongsi |
| 17 | Hepsun |
| 18 | ZhuXueHuaA |
| 19 | ruichengwangluogongcheng |
| 20 | mashangdaojiadian |
| 21 | Baoding Yaotu Construction |
| 22 | zhenssa |
| 23 | guangzhouyuemengshangmaoyouxian |
| 24 | KACC BABY STORES |

1

2

| 25 | SAYOO |
|----|-------|
| 26 | luoyepiaopiao |
| 27 | Gaono |
| 28 | HuanShiMan |
| 29 | Luyao3 |
| 30 | RU-QIADAO |
| 31 | APORAKE |
| 32 | DGGWpengxinbo |
| 33 | mengjie03 |
| 34 | xuejiaodexiaodian |
| 35 | dunducfas |
| 36 | CustomSantaGift |
| 37 | GoldK |
| 38 | ZKJSKJGHW |
| 39 | Mr.Alex |
| 40 | PoBuds Store |
| 41 | BWWStore |
| 42 | Minyu Town Small Shop |