### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JANNA SALAK,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06541

Judge Charles P. Kocoras

Magistrate Judge Daniel P. McLaughlin

### PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff, Janna Salak ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Janna Salak Products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Infringing Janna Salak Products and Defendants' financial accounts; and (4) service by electronic mail and/or electronic publication (collectively, the "*Ex Parte* Motion for TRO"). Plaintiff's *Ex Parte* Motion for TRO includes four (4) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 25 pages, which is substantially less than the 60-page limit allowed if four motions were filed separately. Plaintiff, therefore, respectfully requests

that Plaintiff be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED:  June 3, 2026                    Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084/IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***