Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-485

**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

      **Title of Work:**   Cute Nurse Love Pattern White

## Completion/Publication

      **Year of Completion:**   2017
  **Date of 1st Publication:**   March 20, 2017
**Nation of 1st Publication:**   United States

## Author

      •   **Author:**   Janna Salak
  **Author Created:**   2-D artwork
     **Citizen of:**   United States

## Copyright Claimant

  **Copyright Claimant:**   Janna Salak
   244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

      **Name:**   Janna Salak
     **Email:**   janna@jannasalak.com
  **Address:**   244 Topsail Watch Drive
   Hampstead, NC 28443 United States

## Certification

      **Name:**   David Denholm
      **Date:**   September 05, 2025
**Applicant's Tracking Number:**   JS2025090502

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-851

**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Cute Cowboy Theme Pattern Brown

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 24, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Janna Salak
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janna Salak
244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

**Name:** Janna Salak
**Email:** janna@jannasalak.com
**Address:** 244 Topsail Watch Drive
Hampstead, NC 28443 United States

## Certification

**Name:** David Denholm
**Date:** September 05, 2025
**Applicant's Tracking Number:** JS2025090501

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-839

**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Sports Balls Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 06, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Janna Salak |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Janna Salak |
| | 244 Topsail Watch Drive, Hampstead, NC, 28443, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Janna Salak |
| **Email:** | janna@jannasalak.com |
| **Address:** | 244 Topsail Watch Drive |
| | Hampstead, NC 28443 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 05, 2025 |
| **Applicant's Tracking Number:** | JS2025090504 |

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-408

**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Construction Cheater Quilt Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 16, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Janna Salak |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Janna Salak |
| | 244 Topsail Watch Drive, Hampstead, NC, 28443, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Janna Salak |
| **Email:** | janna@jannasalak.com |
| **Address:** | 244 Topsail Watch Drive |
| | Hampstead, NC 28443 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 05, 2025 |
| **Applicant's Tracking Number:** | JS2025090505 |

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-439

**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Acoustic Guitars Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | February 20, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Janna Salak |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Janna Salak |
| | 244 Topsail Watch Drive, Hampstead, NC, 28443, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Janna Salak |
| **Email:** | janna@jannasalak.com |
| **Address:** | 244 Topsail Watch Drive |
| | Hampstead, NC 28443 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 05, 2025 |
| **Applicant's Tracking Number:** | JS2025090506 |

Page 1 of 2

**Correspondence:**   Yes

