**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Janna Salak

                                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                Defendant.

Case No.:
1:26–cv–06541
Honorable Charles
P. Kocoras

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion to file under seal [11], Motion for excess pages [12], and Motion for TRO [13] are taken under advisement. The presentment hearing noticed for 6/9/2026 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.