**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Janna Salak

            Plaintiff,

v.                  Case No.:
                  1:26–cv–06541

                  Honorable Charles
                  P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A

            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 25, 2026:

   MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's ex parte motion to Enter A Temporary Restraining Order, Including A Temporary Injunction, A Temporary Asset Restraint, Expedited Discovery, And Service Of Process By Email And/Or Electronic Publication [13] is denied without prejudice in light of the Seventh Circuit's recent decision in Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., 2026 WL 1502198 (7th Cir. May 29, 2026). In any renewed motion, Plaintiff must address whether the Hague Convention applies or, if not, explain whether its efforts to ascertain Defendant's address were reasonably diligent under Kangol. See 2026 WL 1502198, at *45. Plaintiff is also reminded that to establish personal jurisdiction, a defendant is required to have sold a product in Illinois, not just offered a product for sale in Illinois. Liu v. Monthly, 170 F.4th 1090 (7th Cir. 2026). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.