**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JANNA SALAK,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06541

Judge Charles P. Kocoras

Magistrate Judge Daniel P. McLaughlin

**PLAINTIFF'S RENEWED MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, Janna Salak ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's Renewed Ex Parte Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the Renewed TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of infringing products and Defendants' financial accounts; and (4) leave to provide notice of further proceedings by electronic means under Rule 65(a)(1) (collectively, the "Renewed Ex Parte Motion for TRO"). Plaintiff's Renewed *Ex Parte* Motion for TRO includes four (4) distinct issues, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 25 pages, which is substantially less than the 60-page limit allowed if four Renewed motions were filed separately. Plaintiff, therefore, respectfully

requests that Plaintiff be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: September 14, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***