**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JANNA SALAK,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06541

Judge Charles P. Kocoras

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF JANNA SALAK**

I, JANNA SALAK, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Janna Salak Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am an artist and surface pattern designer whose work is inspired by my lifelong love of animals, nature, and pretty things. From a young age, I was fascinated by art, and my childhood was filled with creative endeavors and accomplishments. I earned an Associate of Arts degree and a certificate in interior design before briefly pursuing a career in technology, eventually returning to my creative passions through art licensing and surface design. I later founded Janna Salak Designs and began to license and sell my artwork through various online platforms such as Etsy, Spoonflower, Society6, Zazzle,

Amazon, and Raspberry Creek Fabrics. My designs are available on a wide variety of products such as textiles, apparel, stationery, gifts, and more.

4. I am the official source of products associated with the Janna Salak Works (the "Janna Salak Products"):




https://www.spoonflower.com/profiles/jannasalak

5. I am the owner of the copyright registrations for the Janna Salak copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-467-485; VA 2-467-851; VA 2-467-839; VA 2-467-408; and VA 2-467-439 (the "Janna Salak Works"). True and correct copies of the copyright registrations for the Janna Salak Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Janna Salak Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Janna Salak Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Janna Salak Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Janna Salak Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Janna Salak Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Janna Salak Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Janna Salak Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed as well as completed purchases for the infringing products are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Janna Salak Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Janna Salak copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Janna Salak Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Janna Salak Works are meant to be exclusive rights.

13. The marketing and distribution of the Janna Salak Works and derivative works are aimed at growing and sustaining sales. When infringers use the Janna Salak Works without authorization, the exclusivity associated with the Janna Salak Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Janna Salak Works create the impression that the copyright rights associated with the Janna Salak Works may be infringed with impunity. The Janna Salak Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Janna Salak Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Janna Salak

Works cannot be compensated for financially since it erodes my ability to monetize the Janna Salak Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2026.

Janna Salak

Janna Salak