Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-485**
**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Cute Nurse Love Pattern White

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 20, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Janna Salak
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janna Salak
244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

**Name:** Janna Salak
**Email:** janna@jannasalak.com
**Address:** 244 Topsail Watch Drive
Hampstead, NC 28443 United States

## Certification

**Name:** David Denholm
**Date:** September 05, 2025
**Applicant's Tracking Number:** JS2025090502

**Correspondence:** Yes


98.6
98.6
98.6
98.6
98.6
98.6
98.6

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-851**
**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Cute Cowboy Theme Pattern Brown

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 24, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Janna Salak
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janna Salak
244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

**Name:** Janna Salak
**Email:** janna@jannasalak.com
**Address:** 244 Topsail Watch Drive
Hampstead, NC 28443 United States

## Certification

**Name:** David Denholm
**Date:** September 05, 2025
**Applicant's Tracking Number:** JS2025090501

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-839**
**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Sports Balls Pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 06, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Janna Salak
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janna Salak
244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

**Name:** Janna Salak
**Email:** janna@jannasalak.com
**Address:** 244 Topsail Watch Drive
Hampstead, NC 28443 United States

## Certification

**Name:** David Denholm
**Date:** September 05, 2025
**Applicant's Tracking Number:** JS2025090504

**Correspondence:** Yes



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-408**
**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Construction Cheater Quilt Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 16, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Janna Salak
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janna Salak
244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

**Name:** Janna Salak
**Email:** janna@jannasalak.com
**Address:** 244 Topsail Watch Drive
Hampstead, NC 28443 United States

## Certification

**Name:** David Denholm
**Date:** September 05, 2025
**Applicant's Tracking Number:** JS2025090505

**Correspondence:** Yes


DREAM
BIG
CAUTION
BUILD
DIG IT

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-439**
**Effective Date of Registration:**
September 05, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Acoustic Guitars Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 20, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Janna Salak
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janna Salak
244 Topsail Watch Drive, Hampstead, NC, 28443, United States

## Rights and Permissions

**Name:** Janna Salak
**Email:** janna@jannasalak.com
**Address:** 244 Topsail Watch Drive
Hampstead, NC 28443 United States

## Certification

**Name:** David Denholm
**Date:** September 05, 2025
**Applicant's Tracking Number:** JS2025090506

**Correspondence:** Yes

