**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANNA SALAK, | |
| Plaintiff, | Case No.: 1:26-cv-06541 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## STATUS REPORT

Pursuant to Minte Entry Order [21], Plaintiff, JANNA SALAK ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On September 14, 2026, Plaintiff filed a renewed *ex parte* motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery. [24]. Plaintiff's motion [24] does not include a request for an order authorizing formal service of process under Rule 4(f)(3).

DATED: September 14, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt