**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JANNA SALAK,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06541

Judge Charles P. Kocoras

Magistrate Judge Daniel P. McLaughlin

# STATUS REPORT

Pursuant to Minte Entry Order [37], Plaintiff, JANNA SALAK ("Plaintiff"), files this status report solely on behalf of Plaintiff.

As directed in the Court's Temporary Restraining Order [31], Plaintiff has received Defendants' contact and physical address information from the third-party online marketplace platforms. Plaintiff has begun investigating these addresses and determining whether the address is suitable for service under the Hague Convention, or whether the Defendant would be better served by alternative means under Federal Rule of Civil Procedure 4(f)(3).

Accordingly, Plaintiff respectfully requests an additional sixty (60) days to finish this investigation. By that date, Plaintiff will file either proof of service or a motion for alternative service with the per-defendant address-diligence showing required by *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 177 F.4th 793 (7th Cir. 2026), and this Court's Order [19].

DATED: October 28, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt